IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| Jerry Lee Parrish, | ) | |
| | ) | C.A. No. 8:05-2071-HMH-BHH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **OPINION AND ORDER** |
| | ) | |
| Matthew B. Hamidullah, Warden; G.S. Bondurant, Captain; Mr. Syms, Administrator; Ms. Bradley, Assistant Administrator; Ms. Jacki Bush, Office Supervisor; and Federal Bureau of Prisons, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court for review of the Report of United States Magistrate Judge Bruce H. Hendricks, made in accordance with 28 U.S.C. § 636(b)(1) and Local Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with this court. See Mathews v. Weber, 423 U.S. 261, 270-71 (1976). The court is charged with making a de novo determination of those portions of the Report to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. See 28 U.S.C. § 636(b)(1) (West Supp. 2005).

The Plaintiff filed no objections to the Report. In the absence of objections to the Report and recommendation of the Magistrate Judge, this court is not required to give any

1

explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the Report and the record in this case, the court adopts Magistrate Judge Hendricks' Report and incorporates it herein.  It is therefore

**ORDERED** that the Defendants' motion for summary judgment is granted, and the Plaintiff's complaint is dismissed.  It is further

**ORDERED** that the Plaintiff's motions for an extension of time, for adequate legal materials, and for summary judgment are denied as moot.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 28, 2006

### NOTICE OF RIGHT TO APPEAL

The Plaintiff is hereby notified that he has the right to appeal this order within sixty (60) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.